McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANSOUR AHMED SOUSSI, | ) | 1:06-cv-00553 OWW SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' MOTION FOR** |
| Michael Chertoff, et al. | ) | **AN EXTENSION OF TIME IN** |
| | ) | **WHICH TO FILE AN ANSWER** |
| | ) | **AND ORDER** |
| Defendants. | ) | |
| | ) | |

     Plaintiff has filed a complaint alleging that defendants have failed to timely adjudicate his application for naturalization and requesting a judicial determination of his naturalization application. Pursuant to 8 U.S.C. § 1421(c) and 1447(c), this Court may review the application de novo, or alternatively may remand the matter to the agency, U.S. Citizenship and Immigration Services, to complete the adjudication. Defendants respectfully inform the Court that plaintiff Soussi's application is currently pending clearance by the Federal Bureau of Investigations. Under current protocol, all naturalization applications are routed through the FBI for name and fingerprint checks, a process over which the named agency, Citizenship and Immigration Services has no

control.  Once the FBI has cleared the application, CIS resumes the processing of the application in the most expedited manner possible.

Because plaintiff's application is currently pending at the FBI, defendants request an extension of time in which to either file an answer to the complaint or a joint motion to dismiss the case as moot.  Defendants expect the FBI name and background check process to be complete within an additional 60 days, and therefore request an extension until September 12, 2006.  This is defendants' first request for an extension in this case.

Dated: July 14, 2006                                   Respectfully Submitted,

                                                       McGREGOR W. SCOTT
                                                       United States Attorney


                                            By:   /s/Audrey Hemesath
                                                  Audrey B. Hemesath
                                                  Assistant U.S. Attorney
                                                  Attorneys for the Defendants



### ORDER

Pursuant to this Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendant's Answer is due on September 12, 2006.

IT IS SO ORDERED.

**Dated:   August 29, 2006**                    /s/ Sandra M. Snyder
icido3                                          UNITED STATES MAGISTRATE JUDGE