McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOUR AHMED SOUSSI, ) | CV 06-F-553 OWW SMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION RE:** |
| Michael Chertoff, et al. ) | **DISCOVERY FILING** |
| ) | **DEADLINE AND** |
| ) | **ORDER** |
| Defendants. ) | |
| _____ ) | |

    Plaintiff and Defendants hereby stipulate that the deadline for completion of discovery be extended one week, until December 20, 2006, in order to allow for consultation between the parties as to whether Plaintiff's legalization record will form part of the administrative record in the case.

Dated: December 11, 2006                            Respectfully Submitted,

                                                                           McGREGOR W. SCOTT
                                                                           United States Attorney

                                                  By:    /s/Audrey Hemesath
                                                                 Audrey B. Hemesath
                                                                 Assistant U.S. Attorney
                                                                 Attorneys for the Defendants

## ORDER

    Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the deadline for completion of discovery be extended until December 20, 2006.

    IT IS SO ORDERED.

**Dated:   December 14, 2006**                            **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE