```
McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOUR AHMED SOUSSI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, et. al.,<br><br>　　　　Defendant. | 06-CV-0553 OWW-SMS<br><br><br><br>DEFENDANT'S REQUEST FOR AN<br>EXTENSION OF TIME AND ORDER |

　　The United States hereby requests a 30-day extension of time until January 18, 2007, in which to complete discovery, January 22, 2007 to file a joint pre-trial order, and February 12, 2007 for trial. This motion is based on the attached declaration of Assistant U.S. Attorney Carolyn K. Delaney.

DATED: December 15, 2006　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney

　　　　　　　　　　　　　　　　　　　　By
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

///
///
///
///
///

1

D E C L A R A T I O N

I, CAROLYN K. DELANEY, declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California and am familiar with the facts described below.

2. The sole person responsible for handling civil immigration matters in the Eastern District of California is Assistant U.S. Attorney Audrey B. Hemesath. Thus, this case is assigned to Ms. Hemesath.

3. On December 14, 2006, Ms. Hemesath had to take a sudden medical leave of absence due to pregnancy-related hyperemesis (severe vomiting). Ms. Hemesath anticipates that her condition will preclude her from returning to work for at least four weeks.

4. Ms. Hemesath is the only person in this office with the unique expertise to handle the present matter.

5. The discovery cut-off in this matter was December 13, 2006, a joint pre-trial order is due on or before December 22, 2006, and the trial in this matter is scheduled for January 12, 2007.

6. The plaintiff is not in custody.

7. Based upon Ms. Hemesath's urgent medical condition, on behalf of the government, I am requesting an extension of the time for discovery and for trial. Accordingly, defendant respectfully requests a thirty-day extension, until January 18, 2007, in which to complete discovery, January 22, 2007 to complete a joint pre-trial order, and February 12, 2007 for trial.

8. On December 15, 2006, I contacted James Makasian, the attorney for plaintiff, and informed him that I was applying for this extension of time. He indicated that he had no objection to my request.

1

1 ///
2 ///
3     I declare under the penalties of perjury that foregoing is true
4 and correct to the best of my knowledge.  Executed this 14th day of
5 December, 2006.

                                       /s/ Carolyn K. Delaney
                                       _____
                                       CAROLYN K. DELANEY

Pursuant to the defendant's request for an extension of time, **it is hereby ordered** that the discovery cutoff date is extended to January 18, 2007, the parties are to file a joint pre-trial order on January 22, 2007, and the trial is reset for March 9, 2007.

IT IS SO ORDERED.

**Dated:     December 19, 2006**                              /s/ Oliver W. Wanger
emm0d6                                                                      UNITED STATES DISTRICT JUDGE