```
1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOUR AHMED SOUSSI,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, et. al.,<br><br>      Defendants. | 1:06-cv-00553 OWW SMS<br><br>DEFENDANTS' REQUEST FOR A CONTINUANCE OF TIME TO FILE JOINT PRE-TRIAL ORDER and **ORDER** |

    The United States hereby requests a 30-day extension in which to file a joint pre-trial order.  This request is based on the attached declaration of Assistant U.S. Attorney Carolyn K. Delaney.

DATED: January 18, 2007        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Carolyn K. Delaney

                                        By
                                        CAROLYN K. DELANEY
                                        Assistant U.S. Attorney

///
///
///
///
///
///
///
///

1

Pursuant to the defendants' request, it is hereby **ordered** that a joint pre-trial order is to be filed on February 22, 2007.

IT IS SO ORDERED.

**Dated:      January 19, 2007**             /s/ Sandra M. Snyder
icido3                                                                UNITED STATES MAGISTRATE JUDGE

1