McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant U.S. Attorney
Federal Building, Room 3654
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOUR AHMED SOUSSI,<br><br>    Plaintiffs,<br><br>v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 06-CV-F-553 OWW SMS<br><br>STIPULATION AND ORDER RE: DEFENDANTS' MOTION TO REMAND<br><br>Date: March 5, 2007<br>Time: 10:00 am<br><br>Honorable Oliver W. Wanger |

    Defendants Michael Chertoff et al. and plaintiff Mansour Ahmed Soussi hereby stipulate that the government's Motion for Remand, previously scheduled for March 26, 2007, will be heard on shortened notice, on March 5, 2007.  Plaintiff Soussi will file a response to the Motion to Remand on or before February 28, 2007, and the government waives the right to file a reply in support of the Motion to Remand.

    The government will separately file an ex parte motion to reset the trial date, currently scheduled for March 9, 2007.

Dated: February 16, 2007.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By:   /s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney
Attorneys for Defendants

/s/ James Makasian
James Makasian
Attorney for Plaintiffs

## ORDER

IT IS ORDERED that pursuant to this Joint Stipulation, the defendant's Motion to Remand will be heard on March 5, 2007 at 10:00 a.m., on shortened notice.

IT IS SO ORDERED.

**Dated:   February 25, 2007**          /s/ Oliver W. Wanger
emm0d6                         UNITED STATES DISTRICT JUDGE

2