# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOUR AHMED SOUSSI, | CASE NO. CV-F-06-553-LJO-SMS |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO REMAND and MOTION TO STAY (Docs. 27, 30) AND VACATING THE APRIL 12, 2007 HEARING** |
| vs. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, EDUARDO AGUIRRE, Director of the United States Citizenship and Immigration Services, DAVID STILL, District Director of the United States Citizenship and Immigration Services, DON RIDING, Officer in Charge of the Fresno Office of the United States Citizenship and Immigration Services, McGREGOR SCOTT, | |
| Defendants. / | |

On May 9, 2006, Plaintiff Mansour Ahmed Soussi filed his complaint in the above-titled action. Soussi alleges that the defendants violated their statutory duty under 8 U.S.C. §1447(b) to adjudicate his Application for Naturalization within 120 days of the initial examination. After discovery, Defendants filed a Motion to Remand and a Motion to Stay on February 13, 2007. Defendants seek a remand, because they are now in a position to adjudicate Soussi's application for Naturalization within 120 days. Soussi opposes the Motion to Remand and Motion to Stay, requesting the Court continue to assert jurisdiction in the matter and determine his eligibility for naturalization.

8 U.S.C. §1447(b), holds:

> If there is a failure to make a determination under section 335 before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district in which the

applicant resides for a hearing on the matter. Such a court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter.

Accordingly, this Court may either determine the matter, as Soussi requests, or remand with appropriate instructions, as the Defendants request. After a hearing on March 5, 2007, the Court ordered defendants to submit a declaration as to why this Court should not retain jurisdiction in the matter. Having received and reviewed declarations filed on April 4, 2007 (Docs. 36) and April 5, 2007 (Docs. 37 and 38), including an ex parte and confidential filing by the Government, the Court finds good cause for the confidential filing, the ex parte nature of the filing, and a remand.

The Court also recognizes that Soussi has a right to have his Application for Naturalization adjudicated in a timely manner. Therefore, the Court will include instructions that upon remand, the United States Citizenship and Immigration Services shall adjudicate his application within 120 days. In the event USCIS fails to meet this deadline, Soussi may request a status conference at that time to evaluate whether the case should be rescheduled for a bench trial.

For these reasons, the Court ORDERS:

1. This Case shall be REMANDED to United States Citizenship and Immigration Service for further proceedings;
2. USCIS shall have 120 days in which to adjudicate Soussi's application for adjudication;
3. In the event USCIS fails to meet this deadline, Soussi may request a status conference. At that time, the Court will evaluate whether the case should be rescheduled for a bench trial or whether additional time for adjudication is warranted; and
4. The hearing scheduled on April 12, 2007 is VACATED.

IT IS SO ORDERED.

**Dated:   April 9, 2007**            /s/ Lawrence J. O'Neill
b9ed48                                UNITED STATES DISTRICT JUDGE