1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

MANSOUR AHMED SOUSSI,                    CASE NO. CV-F-06-553-LJO-SMS

12

          Plaintiff,                    **ORDER LIFTING STAY; ORDER DISMISSING CASE; ORDER TO CLOSE CASE**

13

     vs.

14

MICHAEL CHERTOFF, Secretary of
Homeland Security, EDUARDO

15

AGUIRRE, Director of the United States
Citizenship and Immigration Services,

16

DAVID STILL, District Director of the
United States Citizenship and

17

Immigration Services, DON RIDING,
Officer in Charge of the Fresno Office

18

of the United States Citizenship and
Immigration Services, McGREGOR

19

SCOTT,

20

          Defendants.

                                                          /

21

22

     On May 9, 2006, Plaintiff Mansour Ahmed Soussi filed his complaint in the above-titled action

23

pursuant to 8 U.S.C. §1447(b), claiming that the Defendants failed to adjudicate his Application for

24

Naturalization within 120 days of the initial examination. After discovery, Defendants filed a Motion

25

to Remand and a Motion to Stay on February 13, 2007. Defendants sought a remand, because they were

26

in a position to adjudicate Soussi's application for naturalization. On April 10, 2007, this Court granted

27

Defendants' motion to stay and remand, with instructions to adjudicate the application within 120 days.

28

(Doc. 40)

1

1   The time period for remand has elapsed.  On August 15, 2007, Defendants filed a Notice of

2   Adjudication, which indicated that Soussi's application was adjudicated on August 8, 2007.  (Doc. 41).

3   This notice was accompanied by an Exhibit, which was the letter showing that the adjudication occurred.

4   Because the application has been adjudicated, the complaint is now moot.  Therefore, this Court orders:

5       I.      The Stay is LIFTED;

6       II.     The case is DISMISSED as moot; and

7       III.    The Clerk of Court is directed to CLOSE this case.

8       IT IS SO ORDERED.

9   **Dated:**    **August 16, 2007**                  **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28